## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LENA MARIE LINDBERG,

     Plaintiff,

v.                                                                 Case No. 6:21-cv-1747-RBD-DCI

DEAN LACORTE; TY BERDEAUX;
MATTHEW PATTERSON; SCOTT
ELLIS; ROBERT BLAISE TRETTIS;
RHONDA BABB; UNKNOWN
ALLEGHENY "PRINCIPAL"; C.
THOMPSON; VICTOR N. GRIFFIS;
JAMES D. PORTMAN; ROBERT
KERNSNICK; EXECUTING AGENT;
HAL UHRIG; CONNIE JO KOENIG;
KIMBERLY MUSSELMAN; B.
BROXTON; BEACHSIDE WAYNE;
SARENA SUNDERLIN; BRYAN
MERCER; BOOKING OFFICER;
BCSO CLERK; MARK MEDLEY;
EDWARD MATEO; NIGHT
ATTEMPT KIDNAP #1; NIGHT
ATTEMPT KIDNAP #2; NIGHT
ATTEMPT KIDNAP #3;
UNKNOWN PERSON; LINDA
EDMISTON; OFFICER WIMMER;
OFFICER HERON; IHBPD OFFICER;
LORI FRANCIS; KATHY GIL;
STORY LEDUC; IMURIT
OBREGON; KELLI CAMPBELL;
ONLINE OFFICER; WAYNE IVEY;
B. SMITH; BCSO #1972; BREVARD
DEPUTY 666; DEPUTY CLERK
SHERYL; JIM WHIGHAM; and
PLUTE,

Defendants.

_____

## ORDER

Plaintiff filed a *pro se* Complaint against Defendants. (Doc. 1.) Over a year after the Court dismissed Plaintiff's Complaint, she moved to appeal *in forma pauperis* ("IFP"). (Doc. 12; Doc. 15 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court deny the Motion because the appeal is not taken in good faith. (Doc. 20 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 20) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     Plaintiff's Motion (Doc. 15) is **DENIED**. Plaintiff's appeal is not taken in good faith.

3.     The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 22, 2023.

ROY B. DALTON JR.
United States District Judge